# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0486. DAWSEY v. THE STATE.**

On September 21, 2016, we granted Kathryn Gail Dawsey's application for interlocutory appeal of the trial court's order denying her demurrers. Upon review of the entire record, we conclude that the application was improvidently granted. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/12/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*